Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Manuel Enrique Perez–Villarreal (Perez) raises an argument that he concedes is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir. 2009), which held that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. Accordingly, Perez's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Isauro BELTRAN–QUIROZ, Defendant–Appellant.

No. 13–50974
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Reginald Van Wade, Esq., Del Rio, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Isauro Beltran–Quiroz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Beltran–Quiroz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.